UNITED STATES of America,
Plaintiff–Appellee

v.

Jamie RUBIO, Defendant–Appellant.

No. 09–40906
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

Gerard Raphael Rawls, Robert Lavelle Hobbs, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Gary R. Bonneaux, Federal Defender's Office, Beaumont, TX, for Defendant–Appellant.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jamie Rubio has moved for leave to withdraw and has filed a brief in

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rubio has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The Government's motion to dismiss is DENIED.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.